**Mahala AULT, Stacie Rhea, Dan Wallace, on their own behalf and on behalf of all other similarly situated, Plaintiffs–Appellants**

**Jerry Miller, Disability Rights Advocates for Technology, Jerry Kerry, et al., Intervenor–Plaintiffs–Appellees,**

v.

**WALT DISNEY WORLD CO., Defendant–Appellee.**

No. 09–15668.

United States Court of Appeals, Eleventh Circuit.

Dec. 14, 2010.

Christopher A. Pace, Bernard H. Dempsey, Jr., Thomas Wade Young, Dempsey & Associates, P.A., Winter Park, FL, John A. Baker, J. Phillip Krajewski, Springfield, IL, for Plaintiffs–Appellants.

Kerry Alan Scanlon, Jeremy M. White, Washington, DC, David Ferleger, David Ferleger Law Office, Jenkintown, PA, for Defendants–Appellees.

Before WILSON, PRYOR and ANDERSON, Circuit Judges.

PER CURIAM:

After oral argument and careful consideration, we conclude for the reasons fully discussed at oral argument that the district court erred in concluding that the named plaintiffs lacked prudential standing. The interests sought to be protected by the named plaintiffs are arguably within the zone of interest protected by 42 U.S.C. § 12182.

Accordingly, we vacate the judgment of the district court and remand for further proceedings, including *inter alia* a determination as to whether the claims of the named plaintiffs are typical of the claims of the class and whether they are adequate representatives of the class.

VACATED and REMANDED.